

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2016

No. 04-15-00461-CV

**ESTATE OF WILLIAM H. MATTHEWS, III**, Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-PC-2415
Honorable Kelly Cross, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court